LEZENSKY *v.* SUPREME LODGE OF KNIGHTS OF HONOR.

(*City Court of New York, Special Term.* June, 1890.)

APPEAL—FROM NEW YORK CITY COURT—FORMAL JUDGMENT.

 To enable a party to appeal from a decision of the general term of the New York city court, reversing the trial term, and granting a new trial, with costs to abide the event, no formal judgment need be entered at the general term, since Code Civil Proc. N. Y. § 3191, permits an appeal to the court of common pleas from "an order" of the general term of the city court granting a new trial.

At chambers. Action by Maria Lezensky against the Supreme Lodge of the Knights of Honor on a mutual benefit certificate. Plaintiff obtained a judgment at the trial term, but on appeal the general term reversed the judgment, and ordered a new trial, "with costs to abide the event." See 3 N. Y. Supp. 52. Plaintiff now moves that defendant be compelled to enter judgment on said order of the general term. Code Civil Proc. N. Y. § 3191, provides that an appeal may be taken to the court of common pleas for the city and county of New York from a determination by the general term of the New York city court, "(2) where an order has been made granting a new trial."

*Charles Steckler,* for plaintiff. *Morris Goodheart,* for defendant.

McADAM, C. J. An appeal may be taken to the court of common pleas from "an order" made by the general term of the city court granting a new trial. No formal judgment need be entered, the order being in the nature of

a final determination.   Code Civil Proc. § 3191;  *Bamberg* v. *Stern*, 76 N. Y. 555.   The costs awarded were "to abide the event," so that there is nothing for which a judgment can be entered.   The case is unlike *Whitfield* v. *Railroad Co.*, 10 N. Y. Supp. 106, wherein a judgment for the plaintiff was affirmed, with costs, and a new judgment for costs was entered on the order of the general term.   There the order was preliminary to the final judgment subsequently entered, and the defendant erroneously appealed from the order instead of the judgment.  · Motion to compel plaintiff to enter judgment on the order of reversal denied, without costs. ,